1
Nathanael R. Rulis, Esq. (#11259)
n.rulis@kempjones.com
2
Chad R. Aronson, Esq. (#14471)
KEMP JONES, LLP
3
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
4
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
5

6
Kristine Argentine, Esq.
kargentine@seyfarth.com
7
*Pro Hac Vice Pending*
SEYFARTH SHAW LLP
8
233 S. Wacker Drive, Ste. 8000
Chicago, Illinois 60606
9
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
10

11
*Attorneys for Defendant*

12

13

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 14 LADARRIUS COOLEY, individually and on behalf of others similarly situated, | Case No. 2:20-cv-00256-APG-NJK |
| 15 | |
| 16 Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| 17 v. | |
| 18 WINCO FOODS, LLC, a Delaware limited-liability company, | **[FIRST REQUEST]** |
| 19 | |
| 20 Defendant. | |

21    Defendant WINCO FOODS, LLC ("WinCo"), by and through its counsel KEMP

22 JONES, LLP, and SEYFARTH SHAW, LLP, and Plaintiff LADARRIUS COOLEY,

23 individually and on behalf of all others similarly situated (hereinafter "Plaintiff"), by and

24 through his counsel of record, THE LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.,

25 KAUFMAN P.A., and AHDOOT & WOLFSON, P.C., hereby stipulate and agree as follows:

26    1.    On February 6, 2020, Plaintiff filed his Complaint against WinCo.  ECF No. 1.

27 On or about February 7, 2020, Plaintiff served the Summons and Complaint on WinCo's

28

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

resident agent in Delaware. The present deadline for WinCo to respond is Friday, February 28, 2020, which the parties hereby agree to extend.

     2.    Plaintiff and WinCo agree that WinCo shall have an extension of time up to and including Friday, March 27th, 2020, to file a response to Plaintiff's Complaint. This is the first request for an extension of time to respond to the Complaint.

     3.    This extension is requested to account for the time WinCo, an out-of-state limited-liability company, expended to retain counsel. The requested extension will permit WinCo and its counsel sufficient time to review and appropriately respond to Plaintiff's Complaint.

     4.    The stipulated extension with respect to WinCo's response deadline will not prejudice the parties, nor will it impact other deadlines in this case.

DATED this __26th__ day of February, 2020.    DATED this __26th__ day of February, 2020.

KEMP JONES, LLP              KAUFMAN P.A.

By: __/s/ Nathanael Rulis__       By: __/s/ Craig Friedberg__
  Nathanael R. Rulis, Esq. (#11259)     Craig B. Friedberg, Esq.
  Chad R. Aronson, Esq. (#14471)      LAW OFFICES OF CRAIG B.
  KEMP JONES, LLP              FRIEDBERG, ESQ.
  3800 Howard Hughes Pkwy, 17th Floor   4760 S. Pecos Rd., # 103
  Las Vegas, Nevada 89169        Las Vegas, Nevada 89121

  Kristine Argentine, Esq.          Avi R. Kaufman, Esq.
  *Pro Hac Vice Pending*          KAUFMAN P.A.
  SEYFARTH SHAW LLP         400 NW 26th Street
  233 S. Wacker Drive, Ste. 8000     Miami, Florida 33127
  Chicago, Illinois 60606
  *Attorneys for Defendant*        Robert Ahdoot, Esq.
                             Bradley K. King, Esq.
                             AHDOOT & WOLFSON, P.C.
                             10728 Lindbrook Drive
                             Los Angeles, California 90024
                             *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __February 27, 2020_____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com